UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 26-1423 (DSD/DTS

Jonder G.,

Petitioner,

v.

**ORDER**

Rose Thompson, Warden of Karnes County, Immigration Processing Center; David Easterwood Field Office Director St. Paul Field Office U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary, U.S. Department of Homeland Security; Pamela Bondi, Attorney General,

Respondents.

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Jonder G. by no later than February 19, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of

Petitioner's detention in light of the issues raised in the habeas petition;

b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d. Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later February 22 , 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: February 14, 2026

/s David S. Doty
David S. Doty, Judge
United States District Court