UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 26-1423(DSD/DTS)

Jonder A.G.,

Petitioner,

v.

**ORDER**

Rose Thompson, Warden of Karnes County Immigration Processing Center; David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement; Kristi Noem, U.S. Department of Homeland Security; and Pamela Bondi, Attorney General,

Respondents.

This matter is before the court upon the petition for writ of habeas corpus. Based on a review of the file, record, and proceedings herein, the court grants the petition.

Petitioner Jonder A.G. is a citizen of Ecuador. Pet. ¶ 22. He entered the United States on September 27, 2021, without inspection. Id. He has been living and working in Minnesota since that time. Id. On January 15, 2026, respondents arrested and detained Jonder. Id. He was initially detained in Minnesota but later moved to the Karnes County Immigration Processing Center. Id. ¶ 31. Jonder filed this petition on February 13, 2026, after his relocation to Texas. See ECF No. 6 ¶ 6.

Respondents request that the court transfer this case to the Western District of Texas - the district in which he is currently detained and was detained when he commenced this action. In accordance with cases within the district, the court finds that it lacks jurisdiction over this matter under the circumstances presented. See Edita H. v. Bondi, No. 26cv1053, ECF No. 8 (D. Minn. Feb. 9, 2026).

Accordingly, **IT IS HEREBY ORDERED that t**he petition for writ of habeas corpus [ECF No. 1] is transferred to the United States District Court for the Western District of Texas.

Dated: February 23, 2026

s/*Paul A. Magnuson* for
David S. Doty, Judge
United States District Court